

# NUMBER 13-14-00752-CR

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**JOAQUIN DANIEL QUINTERO,**                                          **APPELLANT,**

**v.**

**THE STATE OF TEXAS,**                                          **APPELLEE.**

### On appeal from the 24th District Court
### of Victoria County, Texas.

# ORDER

### Before Justices Rodriguez, Garza, and Longoria
### Order Per Curiam

This cause is before the Court on its own motion because parts of the reporter's record in this appeal contains sensitive and confidential information. Volume 9 of the reporter's record was filed as sealed; however, Volume 8, which was not sealed, also contains confidential data. Given the nature of this case and its current status on appeal, the Court enters the following order regarding the appellate record. *See* TEX. R. APP. P.

34.

This Court ORDERS Volume 8 and Volume 9 of the reporter's record in this cause to be SEALED.   Any access to the record shall be determined by written motion filed with this Court, with appropriate notice to the parties, and upon a showing of good cause.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
30th day of June, 2015.

2